UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **BILLY PRESTON AMBROSE, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00083 |
| | ) |
| **SOCIAL SECURITY ADMINISTRATION,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R&R") (Doc. No. 27), wherein the Magistrate Judge recommends the Court should grant Ambrose's Motion (Doc. No. 23) as modified and award Ambrose attorney fees in the amount of $5,858.52. Neither party filed a timely objection to the R&R.

When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Still, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Ambrose's Motion (Doc. No. 23) is hereby **GRANTED** as modified and Ambrose is **AWARDED** attorney fees in the amount of $5,858.52.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE